## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60521-CIV-LENARD/O'SULLIVAN

**BRADLEY R. KARNS,**

      Plaintiff,

v.

**QAR, LLC, and FRANK S.
FALZONE,**

      Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE (D.E. 70) AND DENYING DEFENDANT'S MOTION FOR ATTORNEY'S FEES (D.E. 43)

**THIS CAUSE** is before the Court on the Report of Magistrate Judge William C. Turnoff ("Report," D.E. 70), issued on April 18, 2011, recommending the Court deny Defendant QAR, LLC's Verified Motion for Attorney's Fees ("Motion," D.E. 43), filed on December 24, 2010.  The Report instructed the Parties they had fourteen (14) days with which to file any objections.  As of the date of this Order, no objections have been filed.  Failure to file timely objections shall bar the parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).  Based on a review of the Magistrate Judge's Report, the Motion, the related pleadings, and the record, it is hereby **ORDERED AND ADJUDGED** that:

    **1.**    The Report and Recommendation of Magistrate Judge William C. Turnoff

(D.E. 70), issued on April 18, 2011, is **ADOPTED**;

2.      Consistent with the Report and this Order, Defendant QAR, LLC's Verified

Motion for Attorney's Fees (D.E. 43), is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10th day of May, 2011.

**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**

2