UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60521-CIV-LENARD/O'SULLIVAN

BRADLEY R KARNS,

    Plaintiff,

v.

FRANK S. FALZONE, a.k.a.
FALZONE LAW ASSOCIATES,
FALZONE AND ASSOCIATES, and
FALZONE LAW OFFICE,

    Defendant.
_____/

## ORDER

THIS MATTER comes before the Court on the Plaintiff's Motion for Attorney Fees and Costs (DE # 81, 7/3/11) and Plaintiff's Notice That Plaintiff's Motion for Attorneys Fees and Costs is Unopposed (DE# 85, 7/29/11). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response from the defendant, and a response having been due, it is

ORDERED AND ADJUDGED, that the defendant shall file a response to the Plaintiff's Motion for Attorney Fees and Costs (DE # 81, 7/3/11) on or before **August 15, 2011**. The failure to file a response may result in a recommendation that the

Plaintiff's Motion for Attorney Fees and Costs (DE # 81, 7/3/11) be granted in its entirety.

    DONE AND ORDERED, in Chambers, in Miami, Florida, this <u>1st</u> day of August, 2009.

                                                  _____
                                                  JOHN J. O'SULLIVAN
                                                  UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Lenard
All counsel of record